UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>　　Plaintiff,<br><br>vs.<br><br>SECRETARY OF STATE OF IDAHO;<br>STATE OF IDAHO,<br><br>　　Defendant. | Case No. 1:11-cv-00277-EJL<br><br>**ORDER** |

　　Plaintiff, a Texas inmate, has accumulated three strikes, and was ordered to pay the filing fee if he wished to proceed with his suit. (Dkt. 12.) Plaintiff failed to pay the filing fee, and his case was dismissed. (Dkt. 15, 16.) Plaintiff has filed a Motion for Relief from Judgment. (Dkt. 19.) While Federal Rule of Civil Procedure 60 outlines several bases for relief from judgment, Plaintiff's Motion fails to set forth any factual basis that would support relief from judgment in this instance. Accordingly, Plaintiff's Motion for Relief from Judgment (Dkt. 19) is DENIED.

DATED: **October 1, 2012**

_Edward J. Lodge_
~~Honora~~ble Edward J. Lodge
U. S. District Judge

ORDER - 1